

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00594-CV

Judy **FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, as Independent Administrator of the Estate of James Phillip Johnson,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2020CV01100
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER appellant Judy Freeman to pay the costs of this appeal.

SIGNED July 21, 2021.

_____
Beth Watkins, Justice